## AFFIDAVIT OF RICHARD M. POTOCEK, CPA*, MBA, CFE

I, Richard M. Potocek, declare under the penalty of perjury that the contents of the following paper are true and correct.

1. I am over the age of eighteen (18).

2. I am competent to testify on the matter referenced herein.

3. I am a long-time resident of the State of Maryland.

4. My credentials are set forth in my *curriculum vitae*.[1]

5. I founded Greystone Advisory Group LLC ("Greystone Advisory") in 2009 to leverage my training and 30 years of experience providing investigative services.

6. I was an FBI Special Agent for 25 years investigating mostly fraud and white collar cases in the field, followed by four years at FBI Headquarters. I left the FBI in 2004 to take a position as an assistant director for the U.S. House Appropriations Committee's Surveys and Investigations staff.

7. I left public service in 2006 to take a position as a director of the Fraud and Dispute Services practice with Deloitte, an international consulting firm.

8. My State of Maryland private investigator license # is 106-4117.

9. I have known Alexia Kent McClure of Stein Sperling law firm since 2009. Over the years, I have provided investigative services for several attorneys at Stein Sperling, and testimony when necessary. The first case in which Ms. McClure requested my assistance concerned a complex litigation matter in the Superior Court of the District of Columbia. In that case, I provide investigative services followed by expert witness testimony.

---

[1] A copy of my CV is attached hereto as Exhibit 1.

1

10.     Over the years, on occasion, Ms. McClure has relied on me to assist with service matters in certain complex cases.

11.     It is my understanding that, in this case, Ms. McClure, wrote to Amy Symons' counsel on March 27, 2025, providing a courtesy copy of the Verified Complaint, advising that a motion for TRO was going on file, and inquiring, in pertinent part, "At your earliest convenience, please advise whether you are authorized to receive friendly service for either or both Defendants." Four days later, on March 31, 2025, at 12:59 p.m., Amy Symons' counsel replied to Plaintiff's counsel as to the service inquiry: "For clarity, please be advised that I am not authorized to accept service on behalf of Ms. Symons at this time."

12.     As Defendant's counsel advised he was not authorized by his client to accept friendly service, Ms. McClure requested my assistance in identifying a licensed private investigator in the Denver, Colorado area, to affect service. She asked that I first try to identify a qualified investigator from the network of former FBI agents, of which I am a member. While not required for proper service, Ms. McClure prefers to retain former FBI agents, or others with significant law enforcement experience. It is her opinion that having this level of professionalism and experience enhances the likelihood of seamless service of process and mitigates against any service issue.

13.     I was able to identify only one former FBI agent in the Denver, Colorado area. I contacted him, Lee Walters, who advised that he was not available to assist. Walters recommended that I contact Andrew Scott, 303-495-3379, with Trailfinder. He wrote that, "they do a lot of process service, and he'll help you out. Mention that Lee with EXCALIBUR Private Investigation referred you." At the time, I trusted the recommendation based on the source.

2

14. On Monday, March 31, 2025, I contacted Trailfinders of Colorado Springs, Colorado regarding service of process on Defendants.

15. My first contact with Trailfinders was on Monday, March 31, 2025 at about 4:53 p.m. EST. I spoke with "Victoria Boffano." In speaking with Ms. Boffano, I was assured that the investigator who would be assigned would serve the Defendant in a professional manner.

16. On March 31, 2025, on behalf of Greystone Advisory, I engaged Trailfinders. Greystone Advisory paid $340 in connection with the service.[2] Later, when demanded, I paid an additional $170 to Trailfinders for the attempted service that I understand occurred on April 1, 2025.

17. After I engaged Trailfinders, I wrote to Ms. McClure of Stein Sperling, providing the receipt for the engagement, and stating, "This is the firm I retained in Denver to effect service. I spoke to one of the principals and was assured that there [sic] investigator will serve Ms. Symons in a professional manner. They use a bodycam to capture the service." This is the first that Ms. McClure of Stein Sperling heard of Trailfinders or Greystone Advisory's engagement of Trailfinders.

18. That evening, Ms. McClure replied to my email about the Trailfinders engagement, stating, in pertinent part, as follows:

> While I know it is unnecessary from a legal requirements standpoint, my strong preference is that a licensed private investigator accomplish the private process service. Do we know whether that is an option?
>
> It appears to be an excellent service at first glance of the site.
>
> They know that all the docs that Taylor provided in the two emails (two Summonses; Complaint; Civil Cover Sheet; Motion for TRO with Memo, proposed TRO and Certification; and one additional item from the Court about a magistrate

---

[2] A copy of the email to Greystone Advisory with receipt for the service engagement is attached hereto as Exhibit 2.

judge option) all are to be served at once? Due to the TRO subject matter, service as soon as possible is needed.

Thank you very much for your help with this!

19.     The next morning, Tuesday, April 1, 2025, at 10:32 a.m., I received an email from Ms. Boffano inquiring whether both Summonses were to be served. I brought that inquiry to the attention of Plaintiff's counsel. At 2:52 p.m. EST, Plaintiff's counsel communicated to Ms. Boffano as follows:

Hi Victoria,

BOTH Summonses are to be served on Ms. Symons (she is being served individually and as registered agent for the LLC defendant).

There is a significant set of materials that are to be served together. It is our understanding that Trailfinder Investigations received the set of materials from Rick Potocek. He was referred to Trailfinder Investigations by a trusted colleague who kindly identified your company to accomplish the service pursuant to local rules and practice. Our strong preference is that service be made by a licensed investigator even though that is not a requirement for proper service.

Time is of the essence to accomplish proper service of the full package, as necessarily emergency relief has been sought on behalf of Plaintiff.

Thank you very much.

20.     Ms. Boffano then wrote requesting $170 additional payment. It is my understanding that upon learning of that, Ms. McClure called Ms. Boffano to inquire whether the additional funds were being demanded before the initial attempted service; Ms. Boffano indicated the additional funds may be paid the next day and that service first would be attempted later that day; Ms. McClure requested to be timely informed about whether service was accomplished due to the imminent motion for TRO hearing and need to keep Court apprised of service status in connection with same; Ms. McClure inquired whether the intended process server was licensed, and that if

4

he/she was not licensed as a private investigator that any follow-up attempt on April 2 be by a licensed private investigator if feasible.

21. On April 2, 2025 at 9:45 a.m., via electronic mail, Andrew Scott of Trailfinders demanded $560 additional dollars from Greystone Advisory.

22. On the morning of April 2, 2025, I received two calls from Plaintiff's counsel: the first call at about 10:35 a.m. EST and the second at about 10:50 a.m. EST. She expressed significant concern about the tone and content of what "Andrew Scott" said in response to her inquiry for basic information about any service attempt the prior day. Plaintiff's counsel thought she was calling Ms. Boffano, as prior communication was from/with Ms. Boffano and Plaintiff's counsel called the phone number from Ms. Boffano's email of the prior day.

23. When Plaintiff's counsel called me on the morning of April 2, 2025, Plaintiff's counsel was joined by her legal assistant Taylor Kallarackal, who it is my understanding also was on one of the calls with "Andrew Scott." It was expressed to me that "Andrew Scott" spoke in an unprofessional manner – tone and content – to a degree that immediately it was apparent that Trailfinders and "Andrew Scott" no longer were authorized for any further action. Plaintiff's counsel immediately commenced making other arrangements for private process service.

24. On April 2, 2025 at 11:47 a.m., Victoria Boffano of Trailfinders transmitted an "Affidavit of Non-Service" directed to Greystone Advisory, a copy of which is attached hereto as Exhibit 3.

25. On April 2, 2025 at 2:02 p.m., Andrew Scott wrote to me stating, "Hello – As we have not received any payments [false]; we are assuming you no longer need assistance with this case. We are not taking any further actions at this time." I replied to "Andrew Scott" expressing dissatisfaction in all material respects with Trailfinders and him.

5

26. I learned on Friday, April 4, 2025, that hours after Greystone Advisory terminated the engagement with Trailfinders, that Trailfinders placed a call to Defendant Amy Symons using a false name ("Cox") and grossly fabricated content to facilitate evasion of service by Defendants. It appears this was retaliation for the necessary discharge of services. On behalf of Greystone Advisory, I had engaged Trailfinders professionally to effect service—not frustrate service post-termination of the engagement for cause.

27. Shortly after, I conducted some further online research: (a) the private investigator credential information for "Andrew Thomas Scott" from the State of Colorado, a copy of which is attached hereto as Exhibit 4, indicates that the original license issue date for "Andrew Thomas Scott" was 05/07/2018, effective 06/01/2019, and expired 05/31/2020; Scott told me during a phone conversation and, in a separate phone conversation with Plaintiff's counsel, that "there is no licensure requirement for Private Investigators in the state of Colorado" – or words to that effect. My online research determined that there is a licensure requirement; and (b) the vast majority of the online "Yelp" reviews for Trailfinders, a sampling is attached hereto as Exhibit 5, align with the disconcerting experience that Greystone Advisory had with Trailfinders.

I DECLARE under penalty of perjury that the contents of the foregoing Affidavit are true and correct.

*[signature]*

Richard M. Potocek, CPA*, MBA, CFE

Executed: April 7, 2025

*Retired status

**GREYSTONE ADVISORY GROUP LLC**

# RICHARD M. POTOCEK, CPA,* MBA, CFE
*Principal and Senior Forensic Accountant*

Rick Potocek, CPA, MBA, CFE, founded Greystone Advisory Group LLC in 2009 to leverage his training and 30 years of experience providing investigative services in the areas of forensic accounting, due diligence, fraud and internal corporate and agency investigations.

Mr. Potocek has worked in the private sector, first as a director with Deloitte Financial Advisory Services LLP, and then as a principal with the firm Gelman, Rosenberg and Freedman, CPAs providing the same independent forensic accounting and investigative services to large corporate and governmental clients. He has also worked in the public sector as an assistant director for the U.S. House Appropriations Committee's Surveys and Investigations staff. In this position he supervised investigations focused on financial management and the identification of instances of waste, fraud, inefficiencies and weaknesses in internal controls, giving him expertise in a wide variety of governmental and private industries.

Before his appointment to the Appropriations Committee, Mr. Potocek was a special agent with the FBI for over 24 years where he spent most of his career investigating complex federal white collar crime cases including mortgage fraud, wire and mail fraud, securities fraud, bankruptcy fraud, insurance and financial institution fraud. While assigned to the Financial Crimes Section at FBI Headquarters, he managed several white collar investigative programs including telemarketing and securities fraud. In his last assignment with the FBI, he was the chief of the FBI's internal audit staff, with the responsibility of conducting program management, financial management and information systems audits at FBI Headquarters, 56 FBI national field offices and 44 Legal Attaché offices around the world.

**Several Current and Prior Engagements**

- Under contract with the National Oceanographic and Atmospheric Administration (NOAA) since 2016 to conduct investigations into employee wrongdoing, general harassment, harassment of a person who is a member of a protected class, and financial mismanagement matters.

- Previously engaged by a large hospital system located in Baltimore, MD to conduct an internal forensic accounting investigation concerning allegations of vendor fraud and possible employee complicity. The investigation included a detailed review of invoices, interviews with individuals with knowledge of the events, and a review of employees E-mail and documents stored on employees' computers. It was determined that several employees had been co-opted by the subject vendor resulting in inflated invoices being authorized for payment. With the results of the Greystone investigation in-hand, executive management cancelled the vendor's contract and terminated the employees involved.

- Previous engagement for the for-profit subsidiary of a large national nonprofit organization. The engagement concerned a multi-million-dollar embezzlement by a former employee who held a key position in the Accounting department. Our investigation identified the methods used by the former employee to embezzle the funds, the amount of the loss to be in excess of $4 million, and that no other employees were involved. We documented the fraudulent transactions suitable for courtroom presentation. The FBI was notified and our work product was used to present the matter to a federal grand jury.

- Previous engagement for the partners of a law firm in Washington D.C. to determine the extent of an embezzlement committed by the former firm office manager. Approximately $225,000 in fraudulent disbursements, credit card transactions and unauthorized wire transfers were identified. With the client's permission, this matter was referred to the FBI which initiated a criminal investigation. The subject was later located, indicted and convicted of wire fraud.

- Previously engaged by a large national bank to perform forensic accounting and investigative services concerning allegations of embezzlement by a long time and trusted employee. Thousands of wealth management customer and trust accounts were analyzed to determine in which accounts unauthorized withdrawals had occurred. Our analysis determined that the total loss was in excess of $400,000 effecting 84 accounts. With the client's authorization, this matter was referred to the FBI leading to the employee's indictment and his guilty plea.

- Designated as an expert witness and provided forensic accounting and investigative services in a civil fraud matter in the District of Columbia alleging defendants operated a multi-million dollar investment fraud and tax shelter scheme. Identified 22 shell companies and 46 accounts used by defendants to move funds to create the illusion of investment of plaintiffs' funds. The analysis also identified multiple instance of money laundering. This matter was referred to the FBI.

**Education, Certifications and Affiliations**

- Bachelor of Arts, Accounting - University of West Florida
- Master's Degree, Business Administration – Loyola College
- Certified Public Accountant – Maryland (*non-practicing status)
- Licensed Private Investigator - Maryland
- Member – Association of Certified Fraud Examiners
- Member – Society of Former Special Agents of the FBI
- Chairman – Crime Solvers of Montgomery County, Maryland

**Alexia Kent McClure**

| | |
|---|---|
| **From:** | Trailfinder, Inc. <receipts+acct_1CWuSUHm6DGBb8C5@stripe.com> |
| **Sent:** | Monday, March 31, 2025 6:37 PM |
| **To:** | RICHARD POTOCEK |
| **Subject:** | Your Trailfinder, Inc. receipt [#1079-1344] |

# Receipt from Trailfinder, Inc.

Receipt #1079-1344

| AMOUNT PAID | DATE PAID | PAYMENT METHOD |
|---|---|---|
| $340.00 | Mar 31, 2025, 4:33:57 PM |  - 7127 |

**SUMMARY**

| | |
|---|---|
| Order Details: - 1 pcs. | $340.00 |
| **Amount paid** | **$340.00** |

If you have any questions, contact us at **stripe@trailfinderinc.com** or call us at **+1 303-495-3379**.

Something wrong with the email? View it in your browser.

You're receiving this email because you made a purchase at Trailfinder, Inc., which partners with Stripe to provide invoicing and payment processing.

1

## AFFIDAVIT OF NON-SERVICE

| Case:<br>1:25-cv-00900 | Court:<br>IN THE UNITED STATES DISTRICT COURT FOR THE DISTRICT OF COLUMBIA | County: | Job:<br>13012724 |
|---|---|---|---|
| Plaintiff / Petitioner:<br>WILLIAM F. HARVEY | | Defendant / Respondent:<br>AMY E. SYMONS, et al | |
| Received by:<br>TRAILFINDER INC | | For:<br>GREY STONE ADVISORY | |
| To be served upon:<br>AMY ELIZABETH SYMONS | | | |

I, David Hart, being duly sworn, depose and say: I am over the age of 18 years and not a party to this action, and that within the boundaries of the state where service was effected, I was authorized by law to make service of the documents and informed said person of the contents herein

**Recipient Name / Address:** AMY ELIZABETH SYMONS, 360 SOUTH MONROE STREET #114, DENVER, CO 80209
**Manner of Service:** Unsuccessful Attempt
**Documents:** SUMMONS IN A CIVIL ACTION, PLAINTIFF'S MEMORANDUM OF LAW IN SUPPORT OF PLAINTIFF'S VERIFIED MOTION FOR TEMPORARY RESTRAINING ORDER AND PRELIMINARY INJUNCTION, JURY TRIAL DEMANDED. VERIFIED COMPLAINT FOR EQUITABLE RELIEF (INJUNCTIVE RELIEF AND ACCOUNTING) AND DAMAGES, NOTICE OF RIGHT TO CONSENT TO TRIAL BEFORE A UNITED STATES MAGISTRATE JUDGE, NOTICE, CONSENT, AND REFERENCE OF A CIVIL ACTION TO A MAGISTRATE JUDGE, AFFIDAVIT OF WILLIAM F. HARVEY, PLAINTIFF'S VERIFIED MOTION FOR TEMPORARY RESTRAINING ORDER AND PRELIMINARY INJUNCTION,

**Additional Comments:**
1) Unsuccessful Attempt: Apr 1, 2025, 4:48 pm MDT at 360 SOUTH MONROE STREET #114, DENVER, CO 80209
AFFIANT SURVEILLED THE AREA FOR APPROX. 2 HOURS (ENDING AT THE TIME DESCRIBED ABOVE) AND WAS UNABLE TO LOCATE RESPONDENT. AFFIANT KNOCKED ON THE DOOR, HOWEVER, NO PERSONS RESPONDED TO KNOCKS AT THE DOOR.

2) Unsuccessful Attempt: Apr 1, 2025, 7:41 pm MDT at 360 SOUTH MONROE STREET #114, DENVER, CO 80209
AFFIANT RETURNED TO THE PROPERTY AFTER APPROX 1 HOUR, AND AFFIANT SURVEILLED THE AREA FOR APPROX. 2 HOURS MORE AND WAS UNABLE TO LOCATE RESPONDENT. AFFIANT KNOCKED ON THE DOOR, HOWEVER, NO PERSONS RESPONDED TO KNOCKS AT THE DOOR.

_David Hart_ _04/01/2025_
David Hart                Date

TRAILFINDER INC
2860 S. CIRCLE DR. #250K
COLORADO SPRINGS, CO 80906

Subscribed and sworn to before me in El Paso County, Colorado by the affiant who is personally known to me.

_VB_
Notary Public      _4/1/2025_
                   Date

MARIA VICTORIA BOFFANO
NOTARY PUBLIC
STATE OF COLORADO
NOTARY ID 20244019324
MY COMMISSION EXPIRES MAY 20, 2028



# Lookup Detail View

## Licensee Information

*This serves as primary source verification* of the license.*

*Primary source verification: License information provided by the Colorado Division of Professions and Occupations, established by 24-34-102 C.R.S.

| Name | Public Address |
|---|---|
| Andrew Thomas Scott | Colorado Springs, CO 80906 |

## Credential Information

| License Number | License Method | License Type | License Status | Original Issue Date | Effective Date | Expiration Date |
|---|---|---|---|---|---|---|
| PI1.0000457 | Original | Private Investigator 1 | Expired | 05/07/2018 | 06/01/2019 | 05/31/2020 |

## Board/Program Actions

| Discipline |
|---|
| There is no Discipline or Board Actions on file for this credential. |

Generated on:  4/5/2025 10:06:03 AM

# Trailfinder

⭐ 1.6 (11 reviews)

✅ Claimed • Process Servers, Private Investigation
Open  Open 24 hours  See hours

[Write a review]  [Add photo]  [Share]  [Save]

## Photos & videos                          See all 7 photos →






## Services Offered  Verified by Business ✓

Private investigation                Process serving

## From the business

### Specialties

Colorado Private Detectives. Our team of investigators operate statewide and can take on any case within the state of Colorado. Check out our hundreds of reviews. Submit your request on our website or call us 24/7.

Close

## Recommended Reviews

**Your trust is our priority,** so businesses can't pay to alter or remove their reviews. **Learn more about reviews.**

**Username**
Location
0  0  0

Select your rating
Start your review of **Trailfinder**

**Overall rating**
★★☆☆☆
11 reviews

5 stars ▬
4 stars ▬
3 stars
2 stars
1 star ▬▬▬▬▬▬▬▬▬


**Jake S.**
Woodland Hills, Los Angeles, CA
📷 0  ⊙ 1  🖼 0

⭐☆☆☆☆  Jul 23, 2024

This company is a SCAM and not a professional process server. DO NOT HIRE them as they will take your money, and then disappear, only to give false information and then ask for more money. BE VERY CAREFUL!!!

   
Helpful 0    Thanks 0    Love this 0    Oh no 0


**Jamie R.**
Denver, CO
📷 0  ⊙ 5  🖼 2

⭐☆☆☆☆  Apr 9, 2024

Andrew said things that were not true and is not a good listener. I did all the investigating for his job for him. Be very careful who you choose to process serve for you. It can have an impact on the outcome of your case. My experience was below satisfactory.

   
Helpful 0    Thanks 0    Love this 0    Oh no 0



**Koa P.**
San Francisco, CA
0  1  0

★☆☆☆☆  Mar 22, 2024

I paid for my services at the beginning of the month paid the $45 for a 4 attempts over a 10 day service. I have inquired over weeks of time because I was trying to get the person served divorce papers before said court date at the end of this month. Andrew got back with me and told me I should hear something sooner or on the 20th of the month. And I have not hear nothing and court was 6 days later. He still hasn't been served and yet the sheriff department was able to serve the same individual a protective order several weeks after I submitted my payment and documents. Worst service ever and not to mention the guy who answers the phone. He is rude and was like there is 19 people queued ahead of you they will get to you when they get to you. I will just bite the bullet if he is not served soon reschedule the court again and just pay the Boulder PD the $55.19 to get him served again



Helpful 0    Thanks 0    Love this 0    Oh no 0



**Rachael S.**
San Francisco, CA
0  1  0

★☆☆☆☆  Dec 1, 2023

When I called I asked all kinds of questions to make sure I would be getting the services I would be paying $880.00 plus a deposit. They answered my questions to my satisfaction. So I hired this company to come and do a full bug sweep to my apartment and car. They said it would take up to four hours for their TEAM to assess the apartment and car. However I waited 5 hours for one guy Andrew Scott to show up not a team like promised. He took one hour to quickly go through my apartment and car. Never recorded any information. Took over a week to get a false report stating things they did but really did not do any of the services that I was promised and signed a contract for. Total scam if you ask me. Do not hire this company they just want your money for nothing promised.



Helpful 0    Thanks 0    Love this 0    Oh no 0


**Steve W.**
CO, CO
0  2  0

⭐ Mar 11, 2023

A male from the Colorado Springs branch just called me claiming to be from the Jefferson county courts claiming that I will lose custody of my children if I don't provide him an address emediatly. When I refused to give him my address because of death threats that I've received he claimed that he would make notes on the affidavit that would insure the loss of my children as a consequence for my lack of cooperation. He than refusedto give his name or supervisors information. This conversation was recorded March 11-2023.


Helpful 0    Thanks 1    Love this 0    Oh no 1


**Dawn Z.**
CO, CO
0  1  0

⭐ Dec 19, 2022

This company is 100% horrible. Don't waste your time with Andrews lip service.
We gave him 2500 dollars and got zero in return. We tried to contact him 3 times by phone, and we got no returned call then a UPS letter sent to him which was returned to us. Andrew talks a lot about what his company does, don't believe it until you see his positive references . He talks a good line.


Helpful 0    Thanks 0    Love this 0    Oh no 0



**Glauber D.**
Manhattan, NY
218  4  0

★☆☆☆☆  Jul 28, 2021

They porly did my service, complain that he doesn't do money with... But keeping on offering and had more important things to do than work on my case.



Helpful 1    Thanks 0    Love this 0    Oh no 0

**Rachel C.**
Denver, CO
389  7  1

★☆☆☆☆  Mar 25, 2021

Unprofessional, over-priced, terrible communication. Company also goes by ANL Service of Process & Investigations.

Beware of this company if you need help with serving someone. I paid nearly $400 to have someone served and they had over a month to preform the service. As soon as I paid, I would follow up and not hear back unless I inquired over and over. When I asked for a refund the owner called me a "crybaby" and said he would inform the person I was trying to serve to "avoid me" so effectively doing the opposite of what I hired them to do. Feel free to send me a message on this app for copies of the text messages so you don't make the same mistake.



Helpful 1    Thanks 0    Love this 0    Oh no 0

**Bogdan D.**
Boulder, CO
0  34  10

★☆☆☆☆  Jan 10, 2020

① First to Review

I told him EXACTLY when the receiver is at home. And this PI told me, they can't spend more than a few minutes to chase the receiver... they tried 3-4 times....the guy that's harassing me avoided this process server EXTREMELY EASY..I wasted my money and my time. Then this PI tried to upsell me to pay him a gazillion an hour







Helpful 1    Thanks 0    Love this 0    Oh no 0